UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-100-TPB-TGW

CALEB HUNTER FREESTONE
ET AL.

### MOTION TO CORRECT CASE NUMBER AND RESCIND AND RE-ISSUE TWO ARREST WARRANTS

The United States hereby moves the Court to direct the Clerk to correct the above-captioned case number from 8:23-cr-100-TPB-TGW to 8:23-cr-25-VMC-AEP, and to rescind the two arrest warrants associated with 8:23-cr-100-TPB-TGW and re-issue them under case number 8:23-cr-25-VMC-AEP, thereby terminating case 8:23-cr-100-TPB-TGW. In support of its motion, the United States herein states:

1. On January 18, 2023, a grand jury sitting in the Middle District of Florida returned an indictment charging defendants Caleb Freestone and Amber Smith-Stewart with one count of conspiracy against rights, in violation of 18 U.S.C. § 241; one count of freedom to access clinic entrances, in violation of 18 U.S.C. §§ 248(a)(1) and 2; and one count of freedom to access clinic entrances, in violation of 18 U.S.C. §§ 248(a)(3) and 2. *See United States v. Caleb Hunter Freestone et al.,* case no. 8:23-cr-25-VMC-AEP, Doc. 1.

1

2. On March 22, 2023, the same grand jury returned a superseding indictment in the same matter charging Annarella Rivera with one count of conspiracy against rights, in violation of 18 U.S.C. § 241; one count of freedom to access clinic entrances, in violation of 18 U.S.C. §§ 248(a)(1) and 2; and one count of freedom to access clinic entrances, in violation of 18 U.S.C. §§ 248(a)(3) and 2. The superseding indictment also charged and Gabriella Victoria Oropesa with one count of conspiracy against rights, in violation of 18 U.S.C. § 241. The United States inadvertently failed to caption the superseding indictment as such, and consequently, the superseding indictment and associated arrest warrants were assigned a new case number, 8:23-cr-100-TPB-TGW.

By this motion, the United States respectfully requests that this Court direct the Clerk to reassign the superseding indictment, currently assigned 8:23-cr-100-TPB-TGW, to the docket for 8:23-cr-25-VMC-AEP. The United States further requests that this Court direct the Clerk to rescind the two arrest warrants currently associated with 8:23-cr-100-TPB-TGW and reissue them under 8:23-cr-25-VMC-AEP, thereby

terminating case number 8:23-cr-100-TPB-TGW.

                                                Respectfully submitted,

                                                ROGER B. HANDBERG
                                                United States Attorney

By:    */s/ Lisa M. Thelwell*
        Lisa M. Thelwell
        Assistant United States Attorney
        Florida Bar No. 100809
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Lisa.Thelwell@usdoj.gov

        */s/ Laura-Kate Bernstein*
        LAURA-KATE BERNSTEIN
        Trial Attorney
        Maryland Bar Number 1212110224
        950 Pennsylvania Ave. NW
        Washington, DC 20530
        Telephone: (202) 598-3519
        Facsimile: (202) 514-8336
        Email: Laura-Kate.Bernstein2@usdoj.gov